No. 819. THE STATE OF SOUTH DAKOTA EX REL., R. O. RICHARDS ET AL., PLAINTIFFS IN ERROR, v. M. D. WHISMAN, AS COUNTY AUDITOR OF BEADLE COUNTY, SOUTH DAKOTA. In error to the Supreme Court of the State of South Dakota. Motion to dismiss or affirm submitted February 28, 1916. Decided March 6, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Deming* v. *Carlisle Packing Co.*, 226 U. S. 102; *Consolidated Turnpike* v. *Norfolk &c. Ry.*, 228 U. S. 596, 600; *Parker* v. *McLain*, 237 U. S. 469, 471–472; (2) *Luther* v. *Borden*, 7 How. 1; *Taylor* v. *Beckham*, 178 U. S. 548;

*Pacific States Telegraph &c. Co.* v. *Oregon,* 223 U. S. 118; *O'Neill* v. *Leamer,* 239 U. S. 244, 248. *Mr. Webster Ballinger* and *Mr. T. H. Null* for the plaintiffs in error. *Mr. Clarence C. Caldwell* and *Mr. Samuel Herrick* for the defendant in error.